1  JEFFREY I. PITEGOFF, ESQ.
   Nevada Bar No. 005458
2  DOUG COHEN, ESQ.
   Nevada Bar No. 001214
3  MORRIS, SULLIVAN, LEMKUL & PITEGOFF
   3770 Howard Hughes Parkway, Suite 170
4  Las Vegas, Nevada  89169
   Telephone No. (702) 405-8100
5  Fax No. (702) 405-8101

6  *Attorneys for Defendant UMC*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10 PATRICIA KENNEDY, an individual,              Case No.  2:16-CV-02418-APG-PAL

11         Plaintiff,

12 vs.                                           **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

13 UNIVERSITY MEDICAL CENTER a.k.a.
   UNIVERSITY MEDICAL CENTER OF
14 SOUTHERN NEVADA a.k.a. UMC,  a
   political subdivision of Nevada; DOES I-V;
15 ROES VI-X,

16         Defendants.

17

18   Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter

19 "UMC") by and through their attorney of record,  JEFFREY I. PITEGOFF, ESQ. and

20 DOUGLAS M. COHEN, ESQ. of Morris, Sullivan, Lemkul & Pitegoff, and Plaintiff PATRICIA

21 KENNEDY (hereinafter "Plaintiff") by and through her attorney of record DAN M. WINDER,

22 ESQ. , ARNOLD WEINSTOCK, ESQ., SCOTT C. DORMAN, ESQ. and KRISTINA

23 MILETOVIC, ESQ. of The Law Office of Dan M. Winder, PC, hereby stipulate and agree that

24 ///

25 ///

26 ///

27 ///

28 ///

Defendant UMC be allowed up to December 21, 2016, to answer or otherwise plead to Plaintiff's complaint in the above-captioned matter.

DATED this 6th day of December, 2016.

| MORRIS, SULLIVAN, LEMKUL & PITEGOFF | LAW OFFICE OF DAN M. WINDER, PC |
|---|---|
| */s/ Jeffrey I. Pitegoff* | */s/Kristina Miletovic* |
| Jeffrey I. Pitegoff, Esq.<br>Nevada Bar No.: 5458<br>Douglas M. Cohen, Esq.<br>Nevada Bar No. 001214<br>415 South Sixth Street, Suite 300<br>Las Vegas, NV 89101<br>*Attorneys for Defendant UMC* | Dan M. Winder, Esq.<br>Nevada Bar No.: 5458<br>Arnold Weinstock, Esq.<br>Nevada Bar No.: 000810<br>Scott Dorman, Esq.<br>Nevada Bar No.: 013108<br>Kristina Miletovic, Esq.<br>Nevada Bar No.: 014089<br>3507 W. Charleston Blvd.<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiff* |

IT IS HEREBY ORDERED that Defendants are allowed up to and including December 21, 2016, to answer or otherwise plead to Plaintiff's Complaint in the above-captioned matter.

DATED this 7th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of MORRIS SULLIVAN LEMKUL & PITEGOFF, LLP, and that on this day, I personally served a true and correct copy of the attached **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** by:

[**X**]   Electronic Mail and U.S. First Class Mail

[  ]   CM-ECF Electronic filing system

[  ]   Facsimile Transmission

[  ]   Personal Service

Addressed to the following:

**LAW OFFICES OF DAN M. WINDER, PC**
Dan M. Winder, Esq.
Arnold Weinstock, Esq.
Scott Dorman, Esq.
Kristina Miletovic, Esq.
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

Dated this 6th day of December, 2016.

                                          */s/Helena M. Linakis*

                                          An Employee of MORRIS SULLIVAN
                                          LEMKUL & PITEGOFF, LLP